**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TINA KEMP, Special Administrator of the Estate of Wilford Austin Garrett, Deceased** — **PLAINTIFF**

**v.** **No. 4:25-cv-162-DPM**

**UNITED STATES OF AMERICA** — **DEFENDANT**

# JUDGMENT

The complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

10 August 2026